UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GREPPI III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 18-cv-05576-TSH<br><br>**ORDER REMANDING CASE** |

　　This case is hereby **REMANDED** for further proceedings in accordance with the Ninth Circuit's decision in *Greppi v. Saul*, No. 19-16030, ___ Fed. App'x ___, 2020 WL 3605946 (9th Cir. July 2, 2020).

　　**IT IS SO ORDERED.**

Dated: July 6, 2020

_____
THOMAS S. HIXSON
United States Magistrate Judge